Brian D. Huben (SBN134354)
 *hubenb@ballardspahr.com*
Scott S. Humphreys (SBN 298021)
 *humphreyss@ballardspahr.com*
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
Los Angeles, California 90067
Telephone: 424.204.4400
Facsimile: 424.204.4350

*Attorneys for Defendants*

Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Attorneys for Lead Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DISTRICT

|  |  |
|---|---|
| *In re Wrap Technologies, Inc. Securities Exchange Act Litigation* | Case No: 2:20-cv-08760-DMG (PVCx) <br><br> CLASS ACTION <br><br> **JOINT REQUEST FOR DECISION PURSUANT TO L.R. 83-9.2** <br><br> Hon. Dolly M. Gee |

1

Lead Plaintiff Timothy O'Hern ("Lead Plaintiff") individually and on behalf of others similarly situated, and Defendants Wrap Technologies, Inc. ("Wrap"), David Norris, James A. Barnes, Thomas Smith, Mike Rothans, and Marc Thomas (collectively, "Defendants"), through their undersigned attorneys, respectfully request that this Court issue a decision on the motion to dismiss filed April 26, 2021 (Dkt. No. 66), which is pending in the above-captioned action (the "Motion").

**RECITALS**

WHEREAS, on September 23, 2020, a putative class action suit was commenced in this Court against Defendants pursuant to Section 10(b) of the Securities Exchange Act of 1934 in the Central District of California; and

WHEREAS, on November 23, 2020, this Court issued an order consolidating that action and related actions filed in the Central District of California under the caption *In re Wrap Technologies, Inc. Securities Exchange Act Litigation* (Dkt. No. 19);

WHEREAS, on January 23, 2021, this Court ordered that Lead Plaintiff file a consolidated amended complaint on or before March 12, 2021, that Defendants move to dismiss on or before April 26, 2021, and that any reply to Lead Plaintiffs opposition papers be filed by July 6, 2021, with a hearing to be held on July 23, 2021 (Dkt. No. 64); and

WHEREAS, on June 4, 2021, this Court granted an extension of time jointly stipulated by the parties, which extended the deadline for Lead Plaintiff to file papers in opposition to the Motion to June 11, 2021, and extended the date for Defendants to file their reply to July 9, 2021, while leaving the hearing date unchanged (Dkt. No. 69); and

WHEREAS, on July 22, 2021, prior to the scheduled hearing, Judge Dolly M. Gee issued an Order finding that Motion was appropriate for decision without oral argument and taking the Motion under submission (Dkt. No. 73); and

WHEREAS, the Court has not made a decision within 120 days of the Motion

2

JOINT REQUEST FOR DECISION PURSUANT TO L.R. 83-9.2

being submitted for decision in accordance with L.R. 83-9.1.

IT IS HEREBY JOINTLY REQUESTED, pursuant to L.R. 83-9.2, by and among the undersigned counsel for the parties, that the Court issue its decision on the Motion in accordance with L.R. 83-9.3, which provides that, unless the Court makes its decision within 30 days after the filing of a joint request, it shall, within the same time period, advise the parties in writing of the date by which the decision will be made.

Dated:  November 12, 2021                    **BALLARD SPAHR LLP**

By:  _/s/ Scott S. Humphreys_
     Scott S. Humphreys

*Attorneys for Defendants*

Dated: November 12, 2021                    **THE ROSEN LAW FIRM, P.A.**

By:  _/s/Laurence Rosen_
     Laurence Rosen

*Attorneys for Plaintiff*

Pursuant to L.R. 5-4.3.4, the filer of this document, Scott S. Humphreys, hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

JOINT REQUEST FOR DECISION PURSUANT TO L.R. 83-9.2